IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLA SISSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2575 |
| | § | |
| THE BALTIMORE LIFE INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The plaintiff, Carla Sisson, did not comply with this court's orders requiring her to meet with the defendant's counsel and participate in preparing a joint discovery plan, and to appear in court for the initial conference on October 9, 2013. The last notice mailed to the plaintiff at the address she provided was returned. The plaintiff has not participated in the litigation since it was removed to federal court. Based on the failure to prosecute, the failure to comply with court orders, and the failure to keep the court apprised of a current address, this case is dismissed, without prejudice.

SIGNED on October 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge